UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 3:22-CR- 318 |
| | : | |
| v. | : | |
| | : | (Judge Mariani |
| **VICTOR BLANCO** and | : | |
| **ISAAC CARRENO,** | : | |
| | : | |
| Defendants. | : | |

**FILED
SCRANTON**

SEP 1 3 2022

PER _____
**DEPUTY CLERK**

# I N D I C T M E N T

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 113(a)(3)
(Assault with a Dangerous Weapon)

On or about August 24, 2022, in the Middle District of

Pennsylvania, within the special maritime and territorial jurisdiction of

the United States, to wit, United States Penitentiary Canaan,

Waymart, Pennsylvania, the defendants,

**VICTOR BLANCO** and
**ISAAC CARRENO**,

aiding and abetting each other and aided and abetted by each other, did

knowingly and intentionally assault an individual with a dangerous

weapon, namely a sharpened metal object with a bed sheet handle, with

intent to do bodily harm, and without just cause or excuse.

In violation of Title 18, United States Code, Sections 113(a)(3) and

2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 1791(a)(2)
(Possession of a Prohibited Object)

On or about August 24, 2022, in Wayne County, within the Middle

District of Pennsylvania, the defendant,

### ISAAC CARRENO,

being an inmate at the United States Penitentiary Canaan, Waymart,

Pennsylvania, did knowingly possess a prohibited object, to wit: a

weapon and an object designed to be used as a weapon, more

specifically, a sharpened metal object with a bed sheet handle which the

defendant held in his hand.

2

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(d)(1)(B).

A TRUE BILL

GERARD M. KARAM
United States Attorney

_____
JAMES M. BUCHANAN
Assistant United States Attorney

9/13/2022
Date

3